|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

| Case No. | **CV 24-5721-JFW(PDx)** | Date: October 10, 2024 |
|---|---|---|

Title:  Teresa Moore, et al. *-v-* Mack Trucks, Inc.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER DISMISSING ACTION

On October 3, 2024, the Court granted Plaintiffs Teresa Moore's and Amazing Transportation Inc.'s (collectively, "Plaintiffs") Combined Motion for Leave to Amend and Motion to Remand to Los Angeles County Superior Court. *See* Docket No. 40. In its October 3, 2024 Order, the Court ordered Plaintiffs to file a First Amended Complaint that added Jason Anderson as a defendant "on or before October 9, 2024." *Id*. In addition, the Court stated that:

> Once the First Amended Complaint is filed, because Anderson and Plaintiffs are all California citizens, the Court will no longer have diversity jurisdiction over this matter. Accordingly, this action will be **REMANDED** to Los Angeles County Superior Court upon the filing of the First Amended Complaint.

Plaintiffs failed to file a First Amended Complaint on or before October 9, 2024. Accordingly, this action is **DISMISSED without prejudice** for Plaintiffs' failure to comply with the Court's Order. *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.